COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER TO HARRIS COUNTY DISTRICT CLERK
TO PREPARE, CERTIFY, AND FILE
SUPPLEMENTAL CLERK'S RECORD**

Appellate case name:     Andrew Patterson v. Transcontinental Insurance Co.
Appellate case number:   01-15-00464-CV
Trial court case number: 2013-01531

Our complete review of the above-referenced appeal requires a supplemental clerk's record including the following document:

**Notice of Appeal** filed by the appellant Andrew Patterson on or about May 14, 2015.

This supplemental clerk's record is due to be filed in the First Court of Appeals no later than **September 11, 2015**.

Judge's signature: /s/ Jane Bland
                   Jane Bland, acting individually

Date: August 27, 2015